UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BILL W. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:07CV0056 AGF |
| ) | |
| CITY OF SALISBURY, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that at the final pretrial conference, the parties shall be prepared to argue Defendants' First Motion for Sanctions or, in the Alternative, Defendants' First Motion in Limine [Doc. #24]; Defendants' Motion to Bifurcate Punitive Damages Portion of Trial [Doc. #44]; and any other motions in limine or pretrial motions timely filed by the parties.

The parties are reminded that the final pretrial conference shall be held in the chambers of the undersigned, in the Eastern Division of the Eastern District of Missouri (111 S. 10th St., 9 North, St. Louis, MO 63102). Trial counsel are required to attend.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of December, 2009.