UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| BILL W. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:07CV0056 AGF |
| | ) | |
| CITY OF SALISBURY, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on Defendants' motion to bifurcate for trial the issues of liability (and compensatory damages, if any) and punitive damages. Following a hearing on the motion on the record on January 6, 2010, at which counsel for both parties appeared,

**IT IS HEREBY ORDERED** that Defendants' motion for bifurcation is **GRANTED**, pursuant to the discretion granted to the Court by Federal Rule of Civil Procedure 42(b). [Doc. #44 ]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of January, 2010.